**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:16-cr-00122

DANIEL ORTIZ-RIVERA,

Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Movant Daniel Ortiz Rivera's Motion for a Sentence Reduction. (ECF No. 29.) On June 2, 2026, this Court entered an Order referring this case to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R"). (ECF No. 31.) Magistrate Judge Tinsley filed his PF&R June 3, 2026, recommending that this Court **DENY** Plaintiff's Motion. (ECF No. 32.)

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not

direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R in this case were due on June 22, 2026. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 32), **DENIES** the Movant's Motion for a Sentence Reduction, (ECF No. 29), and **DISMISSES** this case from the docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 15, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE